S.D.N.Y. – N.Y.C.
25-cv-8581
Vargas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty-six.

Present:

John M. Walker, Jr.,
Michael H. Park,
*Circuit Judges,*
Philip M. Halpern,
*District Judge.* *

Cumulus Media New Holdings Inc.,

*Plaintiff-counter-claimant-counter-defendant-Appellee*,

v. 26-2516

The Nielsen Company (US), LLC,

*Defendant-counter-claimant-Appellant*.

Appellant moves for a stay pending resolution of this appeal from the district court's September 9, 2026 order, granting Appellee's motion to enforce the district court's preliminary injunction. Appellee opposes. Upon due consideration, it is hereby ORDERED that the motion for a stay pending appeal is GRANTED. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

It is further ORDERED that the appeal is expedited on the following schedule: Appellant's opening brief shall be filed by September 30, 2026; Appellee's response shall be filed by October

* Judge Philip M. Halpern, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 09/16/2026

14, 2026; and any reply shall be filed by October 21, 2026. The Clerk's Office is directed to schedule oral argument for the next available merits panel thereafter.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit